ADC Contracting and Supply Corporation *v.* Thomas J. Riordan, Inc., et al.

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied by the court.

*Prescott W. May,* for the appellee (plaintiff).

*Melvin L. Bloomenthal,* for the appellants (defendants).

Argued December 6—decided December 6, 1977

Pamela Martin *v.* Martin Schwarzschild

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is granted by the court.

*John J. Graubard,* for the appellee (defendant).

*Harry Cohen,* for the appellants (plaintiffs).

Argued December 6—decided December 6, 1977

State of Connecticut *v.* Anthony J. Wilkinson, Jr.

The state's motion to dismiss the appeal from the Superior Court in Tolland County is denied by the court.

*Abbot B. Schwebel,* assistant state's attorney, for the appellee (state).

*Michael R. Sheldon,* for the appellant (defendant).